IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0443 WHA |
| Plaintiff, | |
| v. | **NOTICE RE PRETRIAL CONFERENCE AND MOTIONS IN LIMINE** |
| ROBERT LATHEN, | |
| Defendant. | |

Trial in this case is set for April 25 and the pretrial conference is set for April 20. The deadline for filing any motions in limine was yesterday, April 6. No motions were filed. The pretrial conference shall go forward as scheduled on April 20 and no motions in limine will be heard. Trial shall go forward as scheduled on April 25 unless the case is dismissed or defendant pleads guilty before then.

Dated: April 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE