STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Robert Lathen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: CR 15-0443 WHA |
| Plaintiff, | **Stipulation Continuing Sentencing Hearing** |
| v. | |
| **Robert Lathen,** | |
| Defendant. | |

Defendant Robert Lathen is currently awaiting sentencing for unlawful possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841. Mr. Lathen is currently set for sentencing on July 19, 2016.

Mr. Lathen is awaiting delivery of further documents in support of his sentencing memorandum and is requesting additional time for the documents to arrive. Mr. Lathen requests that the matter be continued to August 23, 2016. The government does not object to this request.

//

//

//

Dated: July 12, 2016                      */s/ Candis Mitchell*
                                                      CANDIS MITCHELL
                                                      Attorney for Defendant Lathen

Dated: July 12, 2016                      */s/ Scott Joiner*
                                                      SCOTT JOINER
                                                      Attorney for Government

## [~~Proposed~~] ORDER

For the reasons stated, the Court continues the sentencing hearing currently set for July 19, 2016, until August 23, 2016, at 2:00 p.m.

SO ORDERED.

DATED: July 12, 2016.                      _____
                                                      **The Honorable William H. Alsup**
                                                      United States District Judge