IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0443 WHA |
| Plaintiff, | |
| v. | |
| ROBERT LATHEN, | **ORDER DENYING MOTION TO CONTINUE SELF-SURRENDER DATE** |
| Defendant. | |

On August 23, when defendant was sentenced, his self-surrender date was specifically set to allow him to spend the Thanksgiving holiday with his family, namely, with a self-surrender date of December 5. Now, on December 2, defense counsel has requested that the self-surrender date be postponed yet again until December 30, to allow defendant to spend the Christmas holiday with his family and to further participate in the Courage to Change program. This request is **DENIED**.

The Court has already shown leniency in allowing defendant to spend Thanksgiving with his family. Additionally, pretrial services reports that Lathen has not been diligent about his participation in the Courage to Change program. Accordingly, the government does not support the request for an extension. This request comes far too late to hold a hearing and get to the bottom of pretrial's report that his preparation for the Courage to Change program has been inadequate. Counsel should have made this request sooner, and Lathen should have fully satisfied the requirements of the program.

**IT IS SO ORDERED.**

Dated:   December 2, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE